IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUDGE JESTY a/k/a
SHANE FIORENTINO                                                                                   PLAINTIFF

v.                                       Civil No. 5:24-cv-05025-TLB

UNITED STATES OF AMERICA                                                                DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff's Complaint was filed in this case on January 24, 2024. (ECF No. 1). On January 25, 2024, the Court entered an Order directing Plaintiff to sign and file an amended *in forma pauperis* (IFP) application and to file an amended Complaint setting forth the basis of federal jurisdiction in this case on or before February 15, 2024. (ECF No. 4). Plaintiff failed to comply. On February 20, 2024, the Court ordered Plaintiff to show cause why he failed to file the amended IFP application and amended Complaint. (ECF No. 5). To date, Plaintiff has not responded to the Court's Show Cause Order and the deadline of March 12, 2024, has passed without response.

Based on the above, the undesigned recommends Plaintiff's complaint be dismissed on the grounds that he has failed to respond to a Court order. *See* Fed. R. Civ. P. 41(b). **Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

RECOMMENDED this 13th day of March 2024.

*Christy Comstock*
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE