UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUDGE JESTY a/k/a
SHANE FIORENTINO                                                                                    PLAINTIFF

v.                                            No. 5:24-cv-5025

UNITED STATES OF AMERICA                                                                   DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 6) from United States Magistrate Judge Christy Comstock. The Magistrate Judge recommends that the Court dismiss this case without prejudice for failure to comply with a court order, because Plaintiff failed to file an amended complaint setting forth the basis of federal jurisdiction in this case as previously directed and then failed to respond to a show cause order. The deadline to object to the Magistrate Judge's report and recommendation has passed, with no objections having been filed. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 4th day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE